1024

Attorney General, for respondent.

No. 1114, Misc. GORMAN v. UNITED STATES. C. A. 2d Cir. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Theodore G. Gilinsky* for the United States.

No. 1151, Misc. BELL v. COLORADO. Sup. Ct. Colo. *Rollie R. Rogers* for petitioner. *Duke W. Dunbar,* Attorney General of Colorado, and *James W. Creamer, Jr.,* Assistant Attorney General, for respondent.

No. 1166, Misc. SMITH v. TEXAS. Ct. Crim. App. Tex. *Orville A. Harlan* for petitioner. *Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, and *Gilbert J. Pena* and *Howard M. Fender,* Assistant Attorneys General, for respondent.

No. 1167, Misc. ROBINSON v. UNITED STATES. C. A. 2d Cir. *Anthony F. Marra* for petitioner. *Acting Solicitor General Spritzer* for the United States.

No. 1204, Misc. LEE v. NEW YORK. Ct. App. N. Y.

No. 1281, Misc. GERSH v. NEW YORK. Ct. App. N. Y.

No. 1310, Misc. MITCHELL ET AL. v. NORTH CAROLINA. Sup. Ct. N. C. *Samuel S. Mitchell* and *Romallus O. Murphy* for petitioners. *Thomas Wade Bruton,* Attorney General of North Carolina, and *Theodore C. Brown, Jr.,* for respondent.

No. 1370, Misc. JOHNSTON v. TEXAS. Ct. Crim. App. Tex. *Herman Fitts* for petitioner. *Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, and *Howard M. Fender, Larry Craddock* and *Gilbert J. Pena,* Assistant Attorneys

General, for respondent. *Melvin L. Wulf* and *Sam Houston Clinton, Jr.,* for American Civil Liberties Union et al., as *amici curiae,* in support of the petition. ▮

No. 1322, Misc. NEUENFELDT *v.* WISCONSIN. Sup. Ct. Wis. *Irving D. Gaines* for petitioner. ▮

No. 1333, Misc. OPELA *v.* UNITED STATES. C. A. 5th Cir. Petitioner *pro se. Solicitor General Marshall* for the United States. ▮

No. 1373, Misc. MORGAN *v.* UNITED STATES. C. A. 10th Cir. *Paul C. Duncan, Jr.,* for petitioner. *Solicitor General Marshall* for the United States. ▮

No. 1378, Misc. BIRD *v.* ARIZONA. Sup. Ct. Ariz. *John J. Flynn* for petitioner. *Darrell F. Smith,* Attorney General of Arizona, and *Gary K. Nelson,* Assistant Attorney General, for respondent. ▮

No. 1500, Misc. FREEMAN *v.* KANSAS. Sup. Ct. Kan. Petitioner *pro se. Robert D. Hecht* for respondent. ▮

No. 1548, Misc. ATHERTON *v.* OREGON. Sup. Ct. Ore. Petitioner *pro se. George Van Hoomissen* and *George M. Joseph* for respondent. ▮

No. 595, Misc. NELSON *v.* CALIFORNIA. Dist. Ct. App. Cal., 4th App. Dist. *J. Perry Langford* for peti-